IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEN CHILDS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 7:14CV5011<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Motion and Stipulation for Dismissal (Filing No. 6). The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved. The above-captioned action will be dismissed with prejudice, with the complete record waived. The parties will bear their own costs. Accordingly,

IT IS ORDERED:

1. The parties' Motion and Stipulation for Dismissal (Filing No. 6) is approved;

2. The above-captioned action is dismissed with prejudice, with the complete record waived; and

3. The parties will bear their own costs.

Dated this 25th day of September, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge